VINH D. NGUYEN, in pro per
1314 Lincoln Ave., Suite 2E
San Jose, CA 95125
Telephone: (408) 828-8078 * Fax (408) 624-1014
Email: vincen1947@yahoo.com

Debtor, in pro per

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVSION

| | |
|---|---|
| In re:<br><br>VINH NGUYEN,<br><br>Debtor<br>EMPIRE INVESTMENTS, LLC; TERI NGUYEN and VINH NGUYEN AS TRUSTEES OF NGUYEN-HA LIVING TRUST DATED 12/10/04,<br><br>Plaintiffs,<br>vs.<br><br>PAUL KIM PHONG NGUYEN; CHASE MERRITT FUND I, LLC; PARKER FORECLOSURE SERVICES, LLC; and DOES 1 through DOES 10 inclusive,<br><br>Defendants. | Case No.: AP-22-05037<br>Related:    22-50907 (MEH) Chapter 13<br><br>Santa Clara Court of Appeals: H050243; H050502<br><br>**SECOND AMENDED**<br>DEBTOR'S NOTICE OF MOTION TO REMAND AP CASE NO. 22-05037<br><br>HEARING:<br>Date:    January 10, 2023<br>Time:    11am<br>Place:   United States Bankruptcy Court<br>         280 South First Street<br>         Courtroom 11<br>         San Jose, California 95113 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, THE HONORABLE JUDGE ELAINE HAMMOND, AND ALL PARTIES AND THEIR ATTORNEYS:**

You are hereby given notice Debtor Vinh Nguyen a/k/a Vince Nguyen, hereinafter "Plaintiff" or "Debtor" or "Vince" respectfully moves this Court to remand this case back to the state court from which it was removed. The hearing is set for January 10, 2023 at 11:00 am in the United States Bankruptcy Court, 280 South First Street, Courtroom 11, San Jose California.

1
SECOND AMENDED NOTICE OF MOTION TO REMAND AP CASE NO. 22-05037

Case: 22-05037    Doc# 24    Filed: 11/18/22    Entered: 11/18/22 16:12:23    Page 1 of 2

Remand is appropriate because there is no basis (or authority) for this Court to exercise jurisdiction over the state law claims, as to Paul Nguyen, that were removed to the California Court of Appeals on July 22, 2022.

Remand is appropriate as to the remaining claims as to defendants Parker Foreclosure Services and Chase Merritt Fund I, LLC, as those claims were filed more than one year ago and have no relation to the bankruptcy of Vince Nguyen, as an individual. 28 U.S.C. §§ 1446(c)(1); 1334

Defendant Paul Nguyen seeks to begin "anew" in federal court with claims that are currently pending in front of the appellate court and in which the state trial court no longer held any jurisdiction.

Defendant Paul Nguyen's acts are in bad faith. Plaintiffs respectfully requests this matter be remanded and Defendant be ordered to pay Plaintiff's legal fees and costs.

DATE: November 18, 2022 /s/ Vinh Nguyen
Vinh Nguyen, Debtor in Pro Per