**Entered on Docket**
**November 21, 2022**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: November 21, 2022

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>VINH NGUYEN,<br><br><br><br><br>Debtor.<br> | Case No. 22-50907 MEH<br><br>Chapter 13 |
| EMPIRE INVESTMENTS, LLC;<br>TERI NGUYEN and VINH NGUYEN<br>AS TRUSTEES OF NGUYEN-HA<br>LIVING TRUST DATED 12/10/04,<br><br>Plaintiffs.<br><br>v.<br><br>PAUL KIM PHONG NGUYEN;<br>CHASE MERITT FUND I, LLC;<br>PARKER FORECLOSURE<br>SERVICES, LLC; and DOES 1<br>through DOES 10 inclusive,<br><br>Defendants. | Adv. No. 22-05037<br><br><br><br><br><br>Hearing Date<br>Date:   January 18, 2023<br>Time:   11:00 a.m.<br><br>Hearing will be conducted either<br>   (1) as a video hearing through Zoom or<br>   (2) in person at:<br>      280 S. First Street, Courtroom 11<br>      San Jose, CA 95113 |

<u>ORDER SETTING HEARING RE SUA SPONTE ABSTENTION AND REMAND</u>

A Notice of Removal was filed with this court by Defendant Paul Nguyen on October 22, 2022 (Dkt. #1). Pending before the court is Debtor Vinh Nguyen's *Amended Motion to*

1

*Remand AP Case 22-05037* ("Amended Motion"), seeking remand of the Santa Clara County Superior Court action 21-cv-379828 ("Removed Action I") pursuant to 28 U.S.C. § 1452 (Dkt. #20). *Sua sponte* this court hereby raises the following concerns: (1) whether abstention and remand are appropriate based on removal of a state court action with a pending appeal, (2) the predominance of state court issues, (3) the presence of non-debtor parties, and (4) the likelihood of forum shopping.

    Vinh Nguyen's Amended Motion is currently set for hearing on January 10, 2023, at 11:00 a.m. Also on January 10, a scheduling conference is set for 10:00 a.m. **In the interest of judicial economy and allowing the parties to adequate time to prepare, the court hereby continues both the scheduling conference and the hearing on Vinh Nguyen's Amended Motion to January 18, 2023, at 11:00 a.m.** The court's *sua sponte* concerns regarding abstention and remand will be heard at the same time.

    Paul Nguyen may file an opposition brief to the Amended Motion for remand, incorporating a response to the concerns stated above brief, no later than December 21, 2022. Any opposition filed should address whether this court should abstain from hearing the Removed Action I and/or remand the Removed Action I.

    Vinh Nguyen may file a reply brief addressing his Amended Motion and the courts concerns no later than January 4, 2023.

    The hearing on Vinh Nguyen's Amended Motion will occur on January 18, 2023, at 11:00 a.m. in Courtroom 11, 280 South First Street, San Jose, California. Parties can participate by Zoom or in person. Information on how to access the hearing by Zoom will be available at www.canb.uscourts.gov/judge/hammond/calendar.

    IT IS SO ORDERED.

**END OF ORDER**

COURT SERVICE LIST

Via ECF:

All ECF Recipients

Via Mail:

**Paul Kim Phong Nguyen**

9353 Bolsa Ave #F8

Westminster, CA 92683

**Vinh and Teri Nguyen,** *as Trustees of Nguyen-Ha Living Trust Dated 12/10/04*

15520 Quito Road

Monte Sereno, CA 95030

**Chase Merritt Fund, LLC**

Attn: Chad Horning

19000 MacArthur Ste. 200

Irvine, CA 92612

**Parker Foreclosure Services, LLC**

Attn: Hermond Lee Blossomgame Jr.

73 N. Joanne Avenue

Ventura, CA 93003

**Empire Investments, LLC**

Attn: Jeffrey L. Anastas

1801 Century Park East, Suite 2400

Los Angeles, CA 90067