Arasto Farsad, ESQ. (SBN 273118)
Nancy Weng, ESQ. (SBN 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, California 95126
Telephone Number: (408) 641-9966
Facsimile Number: (408) 866-7334
Email Addresses: farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtor: VINH NGUYEN
(Counsel in the underlying Bankruptcy Case)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISON

| | |
|---|---|
| In re:<br><br>VINH NGUYEN,<br><br>Debtor.<br>_____<br>VINH NGUYEN et. al.,<br><br>Plaintiffs, v.<br><br>PAUL KIM PHONG NGUYEN et. al.,<br><br>Defendants. | BANKR. CASE NO. 22-50907<br>ADV. PRO. NO. 22-05037<br>(Previously State Court Case # 21CV379828)<br><br>**STIPULATION AND REQUEST OF DISMISSAL PURSUANT TO FRCP 41(a) AND ORDER OF DISMISSAL**<br><br>**Judge: Hon. M. Elaine Hammond** |

**TO THE HONORABLE JUDGE M. ELAINE HAMMOND, ALL PARTIES IN INTERST, AND THEIR RESPECTIVE COUNSEL(S) OF RECORD:** Comes Now the Plaintiff and Cross Defendants in AP case # 22-05037, formerly state court case # 21CV379828, who are: Empire Investments, LLC; Teri Nguyen and Vinh Nguyen as Trustees of Nguyen-Ha Living Trust Dated 12/10/04 AND Defendant and Cross Complainant, Paul Kim Phong Nguyen, and hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed **with prejudice** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Parties have settled their case.

Respectfully submitted,

CERTIFICATE OF SERVICE

Dated: 01/30/2023

SIGNATURES:

/s/ Teri H. Nguyen (authorized agent / officer)
Empire Investments LLC

/s/ Vinh Nguyen and /s/ Teri H. Nguyen
Vinh Nguyen and Teri H Nguyen
As Trustees of the Nguyen-Ha Living Trust Dated 12/10/14

Paul Kim Phong Nguyen

CERTIFICATE OF SERVICE